UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ORLANDO IMBERT-MARRERO, | § |
| *Petitioner*, | § |
| v. | § |
| WARDEN OF THE ERO EL PASO EAST MONTANA, GARRETT RIPA, MIAMI FIELD OFFICE DIRECTOR, TODD LYONS, DIRECTOR U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, and KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, | § No. 3:26-CV-00349-LS |
| *Respondents*. | § |

### ORDER DENYING PETITIONER'S MOTION FOR A TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION

*Pro se* Petitioner Orlando Imbert-Marrero moves for a temporary restraining or preliminary injunction ordering his release from Immigration and Customs Enforcement custody. The Court has discretion to grant or deny a preliminary injunction based on four elements[1]:

> (1) there is a substantial likelihood that the movant will prevail on the merits; (2) there is a substantial threat that irreparable harm will result if the injunction is not granted; (3) the threatened injury outweighs the threatened harm to the defendant; and (4) the granting of the preliminary injunction will not disserve the public interest.[2]

---

[1] *Apple Barrel Prods., Inc. v. Beard*, 730 F.2d 384, 386 (5th Cir. 1984).
[2] *Clark v. Prichard*, 812 F.2d 991, 993 (5th Cir. 1987).

However, "[t]he purpose of a preliminary injunction [or temporary restraining order] is not to give the plaintiff the ultimate relief it seeks."[3] Instead, it "is to preserve the *status quo* and prevent irreparable injury until the court renders a decision on the merits."[4]

Petitioner's motion seeks release from custody, which cannot be the subject of a TRO because release is the ultimate relief Petitioner seeks in this lawsuit. Petitioner's remaining requests are for a show cause order and a hearing on the unavailable injunctive relief. Therefore, the Court **DENIES** Petitioner's motion for a temporary restraining order or preliminary injunction [ECF No. 2].

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 6, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[3] *WarnerVision Ent. Inc. v. Empire of Carolina, Inc.*, 101 F.3d 259, 261 (2d Cir. 1996).
[4] *Sambrano v. United Airlines, Inc.*, No. 21-11159, 2022 WL 486610, at *4 (5th Cir. 2022).