# UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| ORLANDO IMBERT-MARRERO, | § | |
| | § | Case No. 3:26-cv-00349 |
| Petitioner, | § | |
| | § | |
| v. | § | |
| | § | |
| WARDEN, ERO El Paso Camp East | § | |
| Montana, GARRET RIPA, Miami Field | § | |
| Office Director, TODD LYONS, Director | § | |
| U.S. Immigration & Customs Enforcement, | § | |
| and KRISTI NOEM, U.S. Secretary of | § | |
| Homeland Security, | § | |
| | § | |
| Respondents. | § | |
| _____ | § | |

## ORDER

The Court, having considered Petitioner's Unopposed Motion to Transfer Venue and all

applicable law, finds that the reasons set forth in the motion support the request and the

motion is GRANTED, and therefore it is ORDERED that this matter be transferred to the

U.S. District Court for the Middle District of Florida, Fort Myers Division. After

effecting the transfer the **CLERK SHALL CLOSE THIS CASE.**

It is so ORDERED.

SIGNED this 29th day of March 2026.

_____
LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE